# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2901
L.T. Case Nos. 2022-301718-CFDB
2023-300440-CFDB
2023-300821-CFDB

_____

DONALD JACOB WOOD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

David M. Dixon, of The Law Office of David M. Dixon, Port Orange,
for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Whitney
Hartless, Assistant Attorney General, Daytona Beach, for
Appellee.

October 30, 2025

PER CURIAM.

AFFIRMED.

EDWARDS, SOUD, and MACIVER, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————